# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracie Ann Grijalva, | **NO. CV-22-00206-TUC-JCH** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| ADP Screening and Selection Services Incorporated, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed February 22, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

February 22, 2024

By   s/ S. Araiza
     Deputy Clerk